

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Joshua Bradley Jeffer,

Vs. No. 11-19-00004-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 27225A.

\* January 29, 2021

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.